IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:99-cr-00029-MP-AK

KIER ELGIN RILEY,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 228, Mandate of the United States Court of

Appeals for the Eleventh Circuit, remanding this case for the Court to conduct an evidentiary

hearing.  Pursuant to the mandate, an evidentiary hearing was held on Thursday, January 10,

2008.  At the hearing, Defendant and the Government presented testimony regarding

Defendant's claim that sentencing counsel informed the Defendant that trial counsel knew of a

plea agreement tendered by the Government, but that trial counsel failed to inform Defendant

about this plea deal.  For the reasons stated in open court, and based on the overwhelming

evidence presented by the Government, the Court finds Defendant's testimony not credible.

Therefore, the Court finds that none of Defendant's attorneys rendered ineffective assistance

either before, during, or after trial.  Accordingly, Defendant's motion to vacate is denied.

     **DONE AND ORDERED** this ___*10th* day of January, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge